IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **JEFFREY L. LAMAR,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv898-MHT |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

The court adds this comment.  In a separate order entered today in petitioner's criminal case, <u>United States v. Lamar</u>, criminal action no. 09cr64 (M.D. Ala.), the court has reduced petitioner's sentence from 110 to 92 months pursuant to 18 U.S.C.A. § 3582(c)(2).

An appropriate judgment will be entered.

DONE, this the 19th day of November, 2012.


    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**